

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2025

No. 04-25-00549-CV

**IN RE** Alberto **PINA**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

Relator filed a petition for writ of mandamus on August 26, 2025, complaining that respondent transferred the underlying matter to Webb County Court of Law No. 2 instead of dismissing it without prejudice. According to relator, Webb County Court of Law No. 2 is the court of continuing exclusive jurisdiction and proper venue for the claims. We denied the petition for writ of mandamus because it did not comply with the Texas Rules of Appellate Procedure. Relator timely filed a motion for rehearing accompanied by an amended petition for writ of mandamus that remedied the identified deficiencies. Accordingly, the motion for rehearing is **GRANTED**.

This court has reviewed the amended petition for writ of mandamus and accompanying record and concludes that relator is not entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 12, 2025.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2011CVG002217-C3, styled *In the Interest of S.F.P., a Child*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.